**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 10-23205-CIV-ALTONAGA/Brown**

**EDGAR BAEZ**,

    Plaintiff,

vs.

**VIKING COLLECTION SERVICES, INC.**,

    Defendant.

_____/

**ORDER**

    **THIS CAUSE** came before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 5], filed October 4, 2010. Being fully advised, it is hereby

    **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of October, 2010.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record